IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00749-RPM

SMARTWOOL CORPORATION,

    Plaintiff,

v.

NATURA WORLD, INC.,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Notice of Dismissal filed by the parties, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: February 18th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge